# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| In the Matter of the Search of | ) |
|---|---|
| 7541 South Mingo Road, Apartment #3119, Tulsa, Oklahoma; a 2006 Toyota Scion two-door coupe bearing Oklahoma tag CZM-657 VIN # JTKDE167060070600 ; and a white 2013 Landrover 4-door Oklahoma license plate GTD626 VIN # SALVR2BG7DH855411 | ) ) ) ) ) ) ) |

Case No  19-MJ-167-JFJ

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Northern            District of    Oklahoma
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A":

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment "B":

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    September 5, 2019
*(not to exceed 14 days)*

☑ in the daytime   6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
                Jodi F. Jayne                         .
                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be

searched or seized *(check the appropriate box)*    for _____ days *(not to exceed 30).*
     ☐

         ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    8-22-2019        _____
                                             *Judge's signature*

City and state:    Tulsa, Oklahoma         The Honorable Jodi F. Jayne, U.S. Magistrate Judge
                                                    *Printed name and title*

AO 93   (Rev. 12/09) Search and Seizure Warrant (Page 2)

---

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| 19-MJ-167-JFJ | 8/28/2019 ∂0615 | ANGIEE MOSCOSO PELAEZ |
| Inventory made in the presence of : | | |
| RAC DOUG GOODMANSON BY SA GARRETT HENDRICKSON | | |
| Inventory of the property taken and name of any person(s) seized: | | |

SEE ATTACHED SHEETS

---

| **Certification** |
|---|

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   8/28/19

_____
*Executing officer's signature*

DUSTIN CARDER / HSI SA
_____
*Printed name and title*

# HOMELAND SECURITY INVESTIGATIONS
## SEARCH WARRANT INVENTORY

Name: Christian ALVARADO - Morales

Address: 7541 S. Mingo Road  Apartment #3119 Tulsa, OK

Date: 08-28-2019  Inventory Officer: Hendrickson

Case Number: TV18BR18TV0001

| Quantity | Description of Items | Room Number | Discovering Officer |
|---|---|---|---|
| 1 ea | Apple IPHONE | 2 | Hendrickson |
| 1 bg | Mail and Banking Documents | 8 | Meter/Leverington |
| 1 ea | Samsung Micro-SD 2GB | 8 | Meter |
| 1 bg | US Currency: Cash | 8 | Meter |
| 1 ea | ZTE Cell Phone | 8 | Meter |
| 1 ea | Apple IPHONE (Grey) | 8 | Meter/Leverington |
| 1 ea | Apple IPHONE (white) | 8 | Meter/Leverington |
| 1 bg | Tax and Miscellaneous Documents | 8 | Meter |
| 1 ea | Apple IPHONE 6S | 8 | Meter |
| 1 bg | Miscellaneous Documents in Green Folder | 8 | Meter |
| 1 bg | Mexican Identity Documents | 8 | Meter |
| 1 ea | Sony Laptop PCG-7142L | 1 | Goodmanson |
| 1 ea | Apple IPHONE | 8 | Meter |
| 1 ea | Cards / Wallet Contents: Christian Alvarado Morales | 8 | Meter |
| 1 bg | Cardstock / Photo Paper | 9 | Leverington |
| 1 ea | Sony Laptop | 9 | Leverington |
| 1 ea | Laminating Machine | 9 | Leverington |
| 1 bg | Cardstock | 9 | Leverington |
| 1 ea | Blue HP Laptop | 6 | Meter |
| 2 ea | Bank Documents found in Corvette | 9 | Jones |
| 1 ea | Paper Cutter | 9 | Jones |

Page 1 of 2 Pages

# HOMELAND SECURITY INVESTIGATIONS
## SEARCH WARRANT INVENTORY

Name: Christian ALVARADO - Morales

Address: 7541 S. Mingo Road Apartment #3119 Tulsa, OK

Date: 08-23-2017    Inventory Officer: Hendrickson

Case Number: TV18 BR18 TV 0001

| Quantity | Description of Items | Room Number | Discovering Officer |
|---|---|---|---|
| 1 ea | 8 GB Micro SD | 2 | Organ |
| 1 ea | 16 GB Verbatim USB TD | 2 | Organ |
| 1 bg | 3 Social Security Cards 1 Texas ID | Mercedes | Jones |
| 1 ea | Employment Letter | Mercedes | Jones |
| 1 ea | Apple IPHONE | 9 | Organ / Titsworth |
| 1 ea | Apple IPHONE | 8 | Meter |
| 1 ea | I PAD | 1 | Goodmansch |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page 1 of 2 Pages

# ATTACHMENT A

## DESCRIPTION OF LOCATIONS TO BE SEARCHED

The entire property located at **7541 South Mingo Road, Apartment #3119, Tulsa, Oklahoma**, including the residential apartment, any garages or outbuildings assigned to apartment #3119, and any vehicles located therein (the **SUBJECT PREMISES**). The residence to be searched is located in a multi-family gated apartment complex known as the Springs at Woodlands South. The complex is located on the east side of South Mingo Road and just south of East 75th Street South. Turning into the complex from South Mingo Road, the residence to be searched is in the first building facing southwest towards South Mingo Road. The building itself is situated in a northwest to southeast position. The building is green in color with off-white siding, brown trim, and a dark-colored composite roof. The residence to be searched is in the southeast end of the building. The front door for Apartment #3119 faces the southwest and is brown in color with the numbers "3-1-1-9" in white on the door. The residence to be searched is described above and pictured below:





A 2006 Toyota Scion two-door coupe bearing Oklahoma tag CZM-657, VIN # JTKDE167060070600 (the "**SCION**"). The vehicle to be searched is pictured below:



A white 2013 Landrover 4-door Oklahoma license plate GTD626, VIN # SALVR2BG7DH855411 (the "**LANDROVER**", together with the SCION the "**VEHICLES**"). The vehicle to be searched is pictured below:



# ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

1. Books, records, receipts, notes, correspondence, ledgers, bank statements, mail and packages delivered by the U.S. Postal Service and other couriers, and other documents or papers relating to the manufacture, possession, and/or distribution of fraudulent identification documents and monetary proceeds therefrom;

2. United States currency, currency from any foreign government, and financial instruments, including certificates of deposit, stocks, bonds, and other securities;

3. Fraudulent identification documents, including but not limited to counterfeit U.S. Immigration documents, counterfeit U.S. Social Security Cards, counterfeit identification documents of foreign governments, and counterfeit state driver's licenses and ID cards;

4. Documents establishing the identity of the person or persons occupying the residence at the **SUBJECT PREMISES**, including mail correspondence, telephone, electric, and other utility statements;

5. Documents establishing ownership of the **VEHICLES**, including mail correspondence, telephone, electric, and other utility statements.

6. Address or telephone books and papers reflecting names, addresses, and telephone numbers;

7. Equipment and materials related to the manufacture, possession, and/or distribution of fraudulent identification documents, including but not limited to paper products, laminating equipment and materials, photographic equipment and materials, digital cameras, cellular telephones, computers, monitors, printers, scanners, and data storage devices, e.g., hard disk drives, thumb drives, memory chips, CD and DVD disks, zip disks, or any other electronic storage media;

8. Digital data related to the manufacture, possession, and/or distribution of fraudulent identification documents stored on a variety of systems and storage devices, including digital cameras, cellular telephones, computers, monitors, printers, scanners, and data storage devices, e.g., hard disk drives, thumb drives, memory chips, CD and DVD disks, zip disks, or any other electronic storage media, and related software, documentation, and data security devices (including passwords) that are reasonably believed to be within the

possession, custody, control, or access of Christian Alvarado Morales, so that a qualified computer expert can accurately retrieve the system's data in a laboratory or other controlled environment;

9. To enable a qualified computer expert to accurately retrieve digital data in a laboratory or other controlled environment, Affiant requests the Court's permission to seize the computer hardware (and associated peripherals) that are believed to contain some or all of the evidence described in the warrant, and to conduct an off-site search of the hardware for the evidence described, if, upon arriving at the scene, the agents executing the search conclude it would be impractical to search the computer hardware on-site for this evidence.