# HOMELAND SECURITY INVESTIGATIONS
## SEARCH WARRANT INVENTORY

Name: ANDERSON GARCES-LOPEZ

Address: 7321 S. MINGO ROAD #1225

Date: 08282019     Inventory Officer: HELM

Case Number: TV18BR18TV001

| Quantity | Description of Items | Room Number | Discovering Officer |
|---|---|---|---|
| 1 EA | MISSOURI ID | SILVER SCION | HELM |
| 2 EA | PERMANENT RESIDENT CARD | ↓ | ↓ |
| 5 EA | SOCIAL SECURITY CARDS | ↓ | ↓ |
| 1 EA | COLUMBIAN PASSPORT ANDERSON GARCES LOPEZ | N BEDROOM | WARREN |
| 1 EA | WHITE IPHONE MODEL ME553LL/A IMEI 358534056482769 | N BEDROOM | WARREN |
| 1 EA | ROSE IPHONE MODEL MTSQ2LL/A IMEI 357275093399647 | N BEDROOM | WARREN |
| | | | |
| | TOP 3 LINE ITEMS ARE FROM SCION SW. | | |
| | BOTTOM 3 LINE ITEMS ARE RESULT OF CONSENSUAL | | |
| | SEARCH OF APARTMENT | | |

Page _____ of _____ Pages

